E-FILED
Monday, 20 October, 2014  05:23:22 PM
Clerk, U.S. District Court, ILCD

24.087

4-3-13

To whom it may concern:

It is 1:30 Am and I have a tooth ache and cannot sleep I requested Tylonol and was told I could not have anything from 8:Pm To 8:Am. This is denying me Medical Treatment and something needs to be done about it. I cannot predict when I'm going To be in pain and as a result of not being allowed anything from 8:Pm to 8:AM I have To suffer in pain. Please address this issue and allow people to have Tylonol when needed for pain.

Loren Jasper

Please send me a copy of this back with the signiture of the receiving person for my records.

You need to fill out a med slip And talk to the nurse about these concerns

Exhibit
1

Mercer 1

13,195

# MERCER COUNTY JAIL
# INMATE GRIEVANCE FORM

DATE: 5-6-13

GRIEVANT'S NAME: Loren Jasper

COMPLAINT:

For the past 2 weeks I have sent letters and notes to Joe Olsen requesting to see him to address issues and I have asked for the chain of command only to be ignored.

GRIEVANT'S SIGNATURE: *[signature]*

RECEIVING OFFICER'S SIGNATURE: *[signature]*

RESPONSE: No one is ignoring you this is the 1st form I have received from you write your issues on the forms provided to you and I will address them.

OFFICER RESPONDING SIGNATURE *[signature]*

INMATE SIGNATURE OF RECEIPT *[signature]*

WHITE COPY MASTER FILE                    YELLOW COPY-INMATE

Kellogg Printing Co. - 137843

**Mercer 2**

# MERCER COUNTY JAIL
# INMATE GRIEVANCE FORM

DATE: 5-8-13

GRIEVANT'S NAME: Loren JAsper

COMPLAINT:

In My 16 yrs OF doing Time I have never heard OF a OFFicer passing out med so why is That allowed here? I want My meds Passed out by a health care Person. And why am I denied dental meassures? My Teeth are Falling out and Im denied a dentist Ive also been denied Pain Medication That My doctor Prescribed To Me why?

GRIEVANT'S SIGNATURE: _____

RECEIVING OFFICER'S SIGNATURE: _____

RESPONSE: NO. The officer's here Pass the Meds & it is lawful for them to do so. You will be given any meds prescribed to you by our jail Dr. If the Jail Dr says it is necessary for you to go to the Dentist then we will Take you to the Dentist.

OFFICER RESPONDING SIGNATURE _____

INMATE SIGNATURE OF RECEIPT _____

WHITE COPY MASTER FILE                    YELLOW COPY-INMATE

Kellogg Printing Co. - 137843

**Mercer 3**

24,087

# MERCER COUNTY JAIL
# INMATE GRIEVANCE FORM

DATE: S-8-13

GRIEVANT'S NAME: Loren JASPer

COMPLAINT:

The noon meal is always cold. It is our right to have a hot meal that is a certain tempeture and the meal that is to be Hot is cold all the Time

GRIEVANT'S SIGNATURE: _(signature)_

RECEIVING OFFICER'S SIGNATURE: _(signature)_

RESPONSE: The meals are not cold they have been Checked for temperature on a regular basis and are always Compliant.

OFFICER RESPONDING SIGNATURE _(signature)_

INMATE SIGNATURE OF RECEIPT _(signature)_

24,087

# MERCER COUNTY JAIL
# INMATE GRIEVANCE FORM

DATE: 5-26-13

GRIEVANT'S NAME: Loren JAsper

COMPLAINT:

What gives The CO's a right TO
Threaten me with going TO The hole
There is a rule Book and changes in
The rule book why arent there reports
wrote before people going To The hole
Also it is my right TO TNK TO a captim
and I have been denied.
I heard chuck cooper be threatned by
his roommate and The officers left
him in That room Thats real safe
NoT.

GRIEVANT'S SIGNATURE: _____

RECEIVING OFFICER'S SIGNATURE: _____ Sgt Noll  cg

RESPONSE: If you are not following the
rules you can be moved to the
hole. What do you need to talk to me
about? Put it on a grievance form
and I will reply.

OFFICER RESPONDING SIGNATURE _____

INMATE SIGNATURE OF RECEIPT _____

WHITE COPY MASTER FILE                    YELLOW COPY-INMATE

Kellogg Printing Co. - 137843

**Mercer 5**

# MERCER COUNTY JAIL
# INMATE GRIEVANCE FORM

**DATE:** 7-31-13

**GRIEVANT'S NAME:** Loren Jasper

**COMPLAINT:**

How come we dont get outside rec
and I need a list of all The CO's That
work here for legal reasons. Thanks

**GRIEVANT'S SIGNATURE:** *[signature]*

**RECEIVING OFFICER'S SIGNATURE:** *[signature]* CY

**RESPONSE:**

Outside Recreation is not allowed due to the
lack of Secure holding facilities on the exterior
Premises. Recreation time is Detailed and Regulated
by the Illinois county Jail standards in terms of
square footage, not by access to the sun and fresh
air.

**OFFICER RESPONDING SIGNATURE** *[signature]* CY

**INMATE SIGNATURE OF RECEIPT** *[signature]*

Kellogg Printing Co. - 137843

**Mercer 6**

# MERCER COUNTY JAIL
## INMATE GRIEVANCE FORM

DATE: 7-31-13

GRIEVANT'S NAME: Loren Jasper

COMPLAINT:

Why do us men have To beg To go TO
The library? I've noticed The women get
what they ask for as soon as They ~~get~~ ask
it but us men have To wait Some Times
days.
Also why can't we check out law books and
bring Them To our room and do research
without everyone looking over your shoulder?

GRIEVANT'S SIGNATURE: _Loren_

RECEIVING OFFICER'S SIGNATURE: _____ C4

RESPONSE:   Womens go to th library when th pods are
locked back, if we have time to take them and
th men can go anytime if we have the time
to take them. We have more men to take to th
library so we have to take turns on when its available.
Law books are to be left in library for everyone
to use.

OFFICER RESPONDING SIGNATURE _____ C4

INMATE SIGNATURE OF RECEIPT _____

WHITE COPY MASTER FILE                    YELLOW COPY-INMATE

Kellogg Printing Co. - 137843

**Mercer 7**

# MERCER COUNTY JAIL
# INMATE GRIEVANCE FORM

DATE: _8-12-13_

GRIEVANT'S NAME: _Loren Jasper_

COMPLAINT:

_For The past 3 Days The Lunch Meal has been Cold. There has been several complaints about This but it continues._

GRIEVANT'S SIGNATURE: _[signature]_

RECEIVING OFFICER'S SIGNATURE: _____

RESPONSE: _No there has not been any other complaints. Just you and one other inmate been saying this but no one else has ever complained and temperatures are taken by Aramark every day and they are always within range._

OFFICER RESPONDING SIGNATURE _[signature]_

INMATE SIGNATURE OF RECEIPT _[signature]_

WHITE COPY MASTER FILE                    YELLOW COPY-INMATE

Kellogg Printing Co. - 137843

**Mercer 8**

# MERCER COUNTY JAIL
# INMATE GRIEVANCE FORM

DATE: 8-14-13

GRIEVANT'S NAME: Loren JAsper

COMPLAINT:

What gives your officers the right To curse at us? We are not allowed To curse Them so why are they allowed To curse us and Treat us like we are scum and nobodies?

GRIEVANT'S SIGNATURE: _Loren Jz_

RECEIVING OFFICER'S SIGNATURE: _____

RESPONSE: Who cursed at you I need details so I can Investgate this

OFFICER RESPONDING SIGNATURE _____

INMATE SIGNATURE OF RECEIPT _Loren_

WHITE COPY MASTER FILE

YELLOW COPY-INMATE

Kellogg Printing Co. - 137843

**Mercer 9**

# MERCER COUNTY JAIL
# INMATE GRIEVANCE FORM

DATE: _8 -14-13_

GRIEVANT'S NAME: _Loren Jasper_

COMPLAINT:

I believe my mail is being held or rejected. Several family members said They have wrote and I did not get a Thing. They would not lie to me about it. I want my mail. I want the post Masters phone number or Address.

GRIEVANT'S SIGNATURE: _[signature]_

RECEIVING OFFICER'S SIGNATURE: _[signature]_

RESPONSE: Your mail is not being held or rejected. You can have a friend Or family member get this into.

OFFICER RESPONDING SIGNATURE _[signature]_

INMATE SIGNATURE OF RECEIPT _[signature]_

WHITE COPY MASTER FILE                    YELLOW COPY-INMATE

Kellogg Printing Co. - 137843                              **Mercer 10**

# MERCER COUNTY JAIL
# INMATE GRIEVANCE FORM

DATE: _8-19-13_

GRIEVANT'S NAME: _Loren JASper_

COMPLAINT:

_Once again The meat on The noon meal is cold._

GRIEVANT'S SIGNATURE: _[signature]_

RECEIVING OFFICER'S SIGNATURE: _[signature]_

RESPONSE:

_No, it wasn't._

OFFICER RESPONDING SIGNATURE _[signature]_

INMATE SIGNATURE OF RECEIPT _[signature]_

WHITE COPY MASTER FILE                    YELLOW COPY-INMATE

Kellogg Printing Co. - 137843

**Mercer 11**

# MERCER COUNTY JAIL
# INMATE GRIEVANCE FORM

DATE: 8-19-13

GRIEVANT'S NAME: Loren Jasper

COMPLAINT:

I need To make a call To my Lawyer and according To The law you have To allow me the means To make a non collect call.

GRIEVANT'S SIGNATURE: _____

RECEIVING OFFICER'S SIGNATURE: B Drown C 6 1605HR 19AUG/13

RESPONSE: You can make all the calls you want to from your cell. You are incorrect about any law that states I have to allow any non collect phone calls. All calls are at the expense of the inmate.

OFFICER RESPONDING SIGNATURE _____

INMATE SIGNATURE OF RECEIPT _____

WHITE COPY MASTER FILE                    YELLOW COPY-INMATE

Kellogg Printing Co.- 137843                              **Mercer 12**

# MERCER COUNTY JAIL
# INMATE GRIEVANCE FORM

DATE: 8-21-13

GRIEVANT'S NAME: Loren Jasper

COMPLAINT:

Who checks the noon meal? When is it checked and do you ever personally check it? Once again it's cold.

GRIEVANT'S SIGNATURE: _[signature]_

RECEIVING OFFICER'S SIGNATURE: _____

RESPONSE: Aramark does all the food prep + delivery all we do is pass meals.

OFFICER RESPONDING SIGNATURE _[signature]_

INMATE SIGNATURE OF RECEIPT _____

# MERCER COUNTY JAIL
# INMATE GRIEVANCE FORM

DATE: 8-26-13

GRIEVANT'S NAME: Loren Jasper

COMPLAINT:

I would like my phone Turned on in
The cell I'm in. I need Tolit Paper
There is none in here. Also I'd like
To Know how long I have To be in
This cell without a T.V.

GRIEVANT'S SIGNATURE: _____

RECEIVING OFFICER'S SIGNATURE: _____

RESPONSE:

I will Check on How Many Days you are
Locked Back, phone will Be off until you Come off
of lockdown, unless one, othe wise Determined

T.P. Given After Grievence Received. Received.

OFFICER RESPONDING SIGNATURE _____

INMATE SIGNATURE OF RECEIPT _____

# MERCER COUNTY JAIL
# INMATE GRIEVANCE FORM

DATE: _8-29-13_

GRIEVANT'S NAME: _Loren JASPer_

COMPLAINT:

How come when we order Phone cards
we have to wait all day to get them?
How come we can only order Phone cards
on certain days? That denies me the
right to my Family and Attorney.

GRIEVANT'S SIGNATURE: _____

RECEIVING OFFICER'S SIGNATURE: _____

RESPONSE: Selling Phone cards is not the only thing
we have to do. There are several other duties
we have to get done. We hand them out as time
permits. The responsibility falls on you order phone
cards as those are the only days we sell
them.
I am not denying you anything.

OFFICER RESPONDING SIGNATURE _____

INMATE SIGNATURE OF RECEIPT _____

# MERCER COUNTY JAIL
# INMATE GRIEVANCE FORM

DATE: 8-30-13

GRIEVANT'S NAME: Loren Jasper

COMPLAINT:

How come all the sudden the phone in 132 does not work? It's the only phone that dont work. On 8-29-13 it worked up until 7 pm and now it dont work at all.

GRIEVANT'S SIGNATURE: _____

RECEIVING OFFICER'S SIGNATURE: D. Manman C-2

RESPONSE: I cannot tell you why the phone stopped working. The phone in 149 is not working. Both have been called in for Service. If you need to make a call we will move you to the Rec Room to use the phone.

OFFICER RESPONDING SIGNATURE Devin Manman C-2

INMATE SIGNATURE OF RECEIPT _____

# MERCER COUNTY JAIL
# INMATE GRIEVANCE FORM

DATE: 9-1-13

GRIEVANT'S NAME: Loren JAsper

COMPLAINT:

There is a issue with DeAngelo Dixon and myself. I looked out my food slot and he was in the rec Room Rubbing himself while talking to the girls and I said something to him and when he came out of rec he Threatned to fight me if him and I ever get some where Together. He also pulled mr Jones and his cell mates into it and now I'm being harassed and called Names. I have a right to not be Threatned or harrassed and I want it stopped. I told Eric about it as he escorted him back from rec.

GRIEVANT'S SIGNATURE: _____

RECEIVING OFFICER'S SIGNATURE: _____ c 9

RESPONSE: You will be kept seperate from these individuals

OFFICER RESPONDING SIGNATURE _____

INMATE SIGNATURE OF RECEIPT _____

# MERCER COUNTY JAIL
# INMATE GRIEVANCE FORM

DATE: 9-9-13

GRIEVANT'S NAME: Loren JAsper

COMPLAINT:

Once again we do not have a Phone
in cell 132. tt stopped working on sat.
9-7-13. How does a Phone Just Stop working
without it being shut off from the
control center. Plz Turn our Phone on and
Plz Stop Punishing Us by Turning it off.
Just a week ago a Tech w.s here and
replaced all the guts in the Phone and
it worked for 2 days.

GRIEVANT'S SIGNATURE: _____

RECEIVING OFFICER'S SIGNATURE: _____

RESPONSE: Things Break. You are not being
Punished The Phone Company was
Called & they will be here to
Fix it

OFFICER RESPONDING SIGNATURE _____

INMATE SIGNATURE OF RECEIPT _____

WHITE COPY MASTER FILE                    YELLOW COPY-INMATE

Kellogg Printing Co. - 137843

**Mercer 18**

# MERCER COUNTY JAIL
# INMATE GRIEVANCE FORM

**DATE:** 9 -13 -13

**GRIEVANT'S NAME:** Loren JAsper

**COMPLAINT:**

I need a C.O. TO come in This
cell 132 and Tell every one To
Take a shower as one person
Stinks so bad The whole Cell
Stinks.

**GRIEVANT'S SIGNATURE:**

**RECEIVING OFFICER'S SIGNATURE:**

**RESPONSE:** Post this: Every one needs to
Shower Daily according to
IL County Jail Standards. Failure
to do so Can result in loss of
Privledges

**OFFICER RESPONDING SIGNATURE**

**INMATE SIGNATURE OF RECEIPT**

WHITE COPY MASTER FILE                    YELLOW COPY-INMATE

Kellogg Printing Co.- 137843

**Mercer 19**



# MERCER COUNTY JAIL
# INMATE GRIEVANCE FORM

DATE: 9-17-13

GRIEVANT'S NAME: Loren JAsper

COMPLAINT:

I seen The nurse about a Toothache
and I was told I would have To wait
until next month To see The Doctor,
you people dont really believe I should
sit in pain For a months I have a
right To not be Treated with cruel
and unusual Treatment and because
I am having To wait a month To see
The Doctor is not right, I request
To see a Doctor as an infected Tooth
can kill you, All my Teeth are bad.

GRIEVANT'S SIGNATURE: Loren Jr

RECEIVING OFFICER'S SIGNATURE:

RESPONSE: Ask to see the nurse again she
can call Dr. and get you started on
meds for your discomfort & infection

OFFICER RESPONDING SIGNATURE

INMATE SIGNATURE OF RECEIPT

WHITE COPY MASTER FILE                          YELLOW COPY-INMATE

Kellogg Printing Co. - 137843

**Mercer 20**

# MERCER COUNTY JAIL
# INMATE GRIEVANCE FORM

DATE: 9-20-13

GRIEVANT'S NAME: Loren JAsper

COMPLAINT:

At 3:35 pm Today I asked For Ib profen
and Tylonel For my toothache and I'm
Told I have to wait until 8:pm.
once again I am being denied medical
Treatment and have to suffer in pain.
I was Put on a list to get it every
Four hours but I'm Told I'm not.
call the nurse and get me out of
Pain

GRIEVANT'S SIGNATURE: _____

RECEIVING OFFICER'S SIGNATURE: _____ C-8

RESPONSE: That decision is for the nurse
if she or Dr orders it then we
will give it.

OFFICER RESPONDING SIGNATURE _____

INMATE SIGNATURE OF RECEIPT _____

WHITE COPY MASTER FILE                    YELLOW COPY-INMATE

Kellogg Printing Co. - 137843

**Mercer 21**

# MERCER COUNTY JAIL
# INMATE GRIEVANCE FORM

DATE: 9-20-13

GRIEVANT'S NAME: Loren JAsper

COMPLAINT:

How long do I have To be subjected
To being Threatned and called a chomo
by inmates Dixon and Ginther? This
has been going on every day for a
week To the point I want To have
charges filed.

GRIEVANT'S SIGNATURE: _____

RECEIVING OFFICER'S SIGNATURE: _____

RESPONSE: I will speak to them and
get them to stop. But that
also means you have to quit
talking to them and the girls because
the girls are tired of you harassing
them.

OFFICER RESPONDING SIGNATURE _____

INMATE SIGNATURE OF RECEIPT _____

WHITE COPY MASTER FILE                    YELLOW COPY-INMATE

Kellogg Printing Co. - 137843                    **Mercer 22**

# MERCER COUNTY JAIL
# INMATE GRIEVANCE FORM

**DATE:** 9-24-13

**GRIEVANT'S NAME:** Loren JAsper

**COMPLAINT:**

There is still being Magazines passed
between the men and the girls. I
Also heard DeAngelo Dixon say he will have
Mr. olsen pass the Magazines To The
girls.
we are not allowed To Talk To The
girls or see them so why are things
being passed by the gaurds To The
girls From The Men

**GRIEVANT'S SIGNATURE:** _(signature)_

**RECEIVING OFFICER'S SIGNATURE:** _____

**RESPONSE:** I will remind staff
not to pass any items
between cells.

**OFFICER RESPONDING SIGNATURE** _(signature)_

**INMATE SIGNATURE OF RECEIPT** _(signature)_

WHITE COPY MASTER FILE                    YELLOW COPY-INMATE

Kellogg Printing Co. - 137843

**Mercer 23**

# MERCER COUNTY JAIL
# INMATE GRIEVANCE FORM

DATE: 10-22-13

GRIEVANT'S NAME: Loren JASper

COMPLAINT:

How do I get copies of certain Policys?
I wnt The policy's not The rules.
one I wnt is The policy on The
officers Touching inmtes like Pushing, hitting,
restraining etc.
Another one I Wnt is cell removal Policy.

GRIEVANT'S SIGNATURE: _Loren_

RECEIVING OFFICER'S SIGNATURE: _____

RESPONSE: These documents need to be subpoenaed
by your attorney

OFFICER RESPONDING SIGNATURE _____

INMATE SIGNATURE OF RECEIPT _____

WHITE COPY MASTER FILE                    YELLOW COPY-INMATE

Kellogg Printing Co. - 137843

**Mercer 24**

# MERCER COUNTY JAIL
# INMATE GRIEVANCE FORM

DATE: _Oct 23rd 2013_

GRIEVANT'S NAME: _Loren Jasper_

COMPLAINT:

_Why is it when cell 132 puts a kite in
The door to go to the Library it takes
hours to get There?
I also heard The girls request a specific
Time to go to Lee How can they do
Thate_

GRIEVANT'S SIGNATURE: _Loren Jasper_

RECEIVING OFFICER'S SIGNATURE: _____

RESPONSE: _Library is based on officer availability
and use of the room._

OFFICER RESPONDING SIGNATURE _____

INMATE SIGNATURE OF RECEIPT _____

WHITE COPY MASTER FILE

YELLOW COPY-INMATE

**Mercer 25**

Kellogg Printing Co. - 137843



# MERCER CO SHERIFF

906, SW 3RD ST
ALEDO IL 61231

## Jail Incident Report

---

Incident ID: <u>MC:13-000036</u>

---

## Incident Type: HARRASSMENT
### Location: CELL  Occurred On: 01/28/2013
**Reported By:** DMANNON/C-3
**Incident Synopsis:**   JAMES GLADWIN THREATEN LETTER

---



**MENTIONED** <u>Inmate Booking #: 2012-004361</u>
**Name:** GLADWIN, JAMES STEPHEN
**Details: Sex:** M **Race:** W **Complexion:** LIGHT
BROWN **DOB:** ▮▮▮▮ **Age:** 41 **Height:** 5' 10" **Weight:** 165
lbs **Build:** NORMAL **Hair Color:** BROWN **Hair Style:** BRUSH CUT **Facial Hair:** UNSHAVED **Eye Color:** BROWN

**MENTIONED** <u>Inmate Booking #: 2012-004857</u>
**Name:** MARSHALL, THOMAS E
**Details:**
**Sex:** M **Ethnicity:** EUROPEAN **DOB:** ▮▮▮▮ **Age:** 54 **Height:** 5'
9" **Weight:** 150 lbs **Build:** SLIGHT **Hair Color:** GRAY **Hair Style:** SHORT **Facial Hair:** MUSTACHE **Eye Color:** BLUE

**MENTIONED** <u>Inmate Booking #: 2013-004938</u>
**Name:** JASPER, LOREN W
**Details:**
**Sex:** M **Race:** W **Complexion:** FAIR **DOB:** ▮▮▮▮ **Age:** 43 **Height:** 5'
9" **Weight:** 179 lbs **Build:** MEDIUM **Hair Color:** BROWN **Hair Style:** SHORT **Facial Hair:** UNSHAVED **Eye Color:** BROWN

---

**Entered: 01/28/2013 17:30  By:** ESCHULTZ/c-8
On the morning of January 28th, 2013 I Deputy Chief of Corrections Devin Mannon was escorting inmates to see the Doctor, when I was in the medical room with Federal Inmate Thomas Marshal, Mr. Marshall handed me a yellow piece of paper and asked me to read it. As soon as I opened the letter, I could tell by the writing that the letter had come from County Inmate James Gladwin. The letter stated that James had been trained at an early age as far as intelligence, scout snipe training and as a Navy Seal. The letter also states that someone had questioned Jame's Honor and integrity, the reference was about his tattoo that James has on his arm. The letter states that because this person questioned James Honor, it had put their life in danger, at the end of the note it reads "flush this now".

After I had read the letter, Mr. Marshall stated he would like to talk to me in private. I told Mr. Marshall that I would finish with the Doctor and return later to speak with him about his letter Gladwin had given him. I then returned Marshall to his cell and finished with the Doctor Visits.

Later after lunch James Gladwin had requested to got the the library, after I moved Gladwin to the library, I returned to cell 132 and pulled Mr. Marshall back out and into the Nurse's station. Mr. Marshall informed me that the last couple of weeks

---

2

Gladwin had become more aggressive towards him and the other County Inmate Loren Jasper, he stated that Jasper and Gladwin had came close to a fight on multiple times. Marshall also stated that Gladwin seemed to snap and just go off into his own world. Mr. Marshall also stated that he was afraid that Gladwin would try something while they were sleeping.

I told Marshall that I would take care of the problem, I returned Marshall to his cell and then proceeded to go and speak with Chief Of Corrections Joe Olson. Chief Olson and I decided to move Gladwin out of cell 132 and place him into cell 144, for the safety of everyone involved. A copy of the letter will be attached to this report and forwarded to the State's Attorney's Office for review.

End of Report: Deputy Chief of Corrections Devin Mannon C-3



# MERCER CO SHERIFF
906, SW 3RD ST
ALEDO IL 61231

## Jail Incident Report

---

Incident ID: <u>MC:13-000047</u>

---

## Incident Type: SHAKE DOWN
### Location: CELL 132  Occurred On: 02/12/2013
Reported By: ZDEVLIN/C-10  Supervisor: JOLSON/C-1
Incident Synopsis:  SHAKE DOWN CONDUCTED OF CELL 132

---

**INMATE  Inmate Booking #: 2013-004973**
Name:  MCLEOD, DANIEL C
**Details: Sex:** M **Race:** W **Complexion:** FAIR **DOB:** ███████ **Age:** 25 **Height:** 5'
8" **Weight:** 150 lbs **Build:** SLIGHT **Hair Color:** BROWN **Hair Style:** SHORT **Facial
Hair:** UNSHAVED **Eye Color:** BLUE

**INMATE  Inmate Booking #: 2013-004938**
Name:  JASPER, LOREN W
**Details: Sex:** M **Race:** W **Complexion:** FAIR **DOB:** ███████ **Age:** 43 **Height:** 5'
9" **Weight:** 179 lbs **Build:** MEDIUM **Hair Color:** BROWN **Hair Style:**  SHORT **Facial
Hair:** UNSHAVED **Eye Color:** BROWN

**INMATE  Inmate Booking #: 2013-004964**
Name:  FORD, STEVEN D
**Details:**
**Sex:** M **Race:** W **Ethnicity:** OTHER **Complexion:** FAIR **DOB:** ███████ **Age:** 27 **Height:** 5'
10" **Weight:** 129 lbs **Build:** SLIGHT **Hair Color:** BROWN **Hair Style:** SHORT **Facial
Hair:** GOATEE **Eye Color:** BROWN



---

OFFICER  ZDEVLIN/C-10
OFFICER  SNABB/C-9
OFFICER  JHARTMAN/C-18

---

Entered: 02/13/2013 04:30  By: ZDEVLIN/c-10
On February 12th, 2013, at approximately 2230, a shake down was conducted of cell 132. Inmates Steven Ford, Loren Jasper, and Daniel
McLeod reside in this cell. All inmates were removed from the cell, searched, and placed in the rec room during the shake down. No
contraband was found. EOR.

Z.Devlin C-10

---



# MERCER CO SHERIFF
906, SW 3RD ST
ALEDO IL 61231

## Jail Incident Report

---

## Incident ID: MC:13-000101

## Incident Type: MEDICAL
## Location: CELL  Occurred On: 04/01/2013
Reported By: ESCHULTZ/C-8
Incident Synopsis:  DETAINEE COMPLAINS OF HAND WOUND

**SUSPECT** Inmate Booking #: 2013-004938
Name:  JASPER, LOREN W
Details:
Sex: M Race: W Complexion: FAIR  DOB: ███████  Age: 43 Height: 5'
9" Weight: 179 lbs Build: MEDIUM Hair Color: BROWN Hair
Style: SHORT Facial Hair: UNSHAVED Eye Color: BROWN



---

STAFF  ESCHULTZ/C-8
STAFF  ADORTCH/C-12
STAFF  RRETHERFORD/TC8

---

**Entered: 04/01/2013 23:20  By: ESCHULTZ/c-8**
On April 1, 2013 at approximately 22:10, detainee Loren Jasper showed me an open wound on the left small finger knuckle. He stated that he felt it was more then just a minor cut. As he did not appear to be in sever distress, I explained that I needed to finish locking back the remaining cells, and would be back with additional resources in a few minutes. I then proceeded to finishing locking back three cells.
I then proceeded to dispatch, as Telecommunicator Rita Retherford was on shift. TC Retherford is also an EMT. I asked her to inspect the wound. We both proceeded to cell 132, detainee Jaspers cell, and were met there by Correctional Officer Alicia Dortch. We decided to remove detainee Jasper to the nurses room to beter inspect the wound. I asked what the cause of the wound was. He related to me that he had tripped on his sock and as he fell, he attempted to protect his head from hitting the wall by pushing out with his hands. During this fall, his hand struck the wall, causing the laceration. Based on her examination of the hand, TC Retherford felt it would not require more serious care than we were able to provide. Detainee Jasper had full use of his hand and fingers and was not complaining of any pain. He seemed to be in good spirits. After TC Retherford dressed the wound, detainee Jasper was returned to his cell. We explained that the nurse would be in tomorrow and examine the wound herself.
After then returning to the Master Control room, I contacted nurse Carrie Melvin and explained the situation. She understood the care that had been given and was agreeable to seeing detainee Jasper tomorrow. She did state that if he was complaining of pain, to administer ibuprofen pills to him. No further action was taken at this time.

Correctional Officer
Eric Schultz, C-8



# MERCER CO SHERIFF
906, SW 3RD ST
ALEDO IL 61231

## Jail Incident Report

---

## Incident ID: <u>MC:13-000129</u>

---

# Incident Type: MEDICATION REFUSAL
## Location: CELL 132  Occurred On: 05/03/2013
**Reported By:** NWEIST/TC9
**Incident Synopsis:** INMATE REFUSED MEDICATION



**INMATE** <u>Inmate Booking #: 2013-004938</u>
**Name:** JASPER, LOREN W
**Details:**
**Sex:** M **Race:** W **Complexion:** FAIR **DOB:** ███████ **Age:** 43 **Height:** 5'
9" **Weight:** 179 lbs **Build:** MEDIUM **Hair Color:** BROWN **Hair
Style:** SHORT **Facial Hair:** UNSHAVED **Eye Color:** BROWN

---

**OFFICER** NWEIST/TC9

---

**Entered: 05/04/2013 02:11 By: JGILMOUR/c-11**
REPORTING OFFICER: N. WEIST TC9
INMATE: L. JASPER

ON MAY 3RD AT APPROXIMATELY 2015HRS, I OFFICER WEIST, ATTEMPTED TO GIVE INMATE JASPER
MEDICATION. JASPER WAS ASKED TWICE ABOUT TAKING HIS MEDICATION, BOTH TIMES HE STATED HE
WAS REFUSING THEM. JASPER WAS VISIBLY UPSET AND MADE SEVERAL UNDER THE BREATH GENERIC
COMMENTS ABOUT BEING TAKEN TO THE LIBRARY/REC AREA DURING THE DAY. IT SHOULD BE NOTED
THAT EARLIER DURING MY SHIFT HE WAS OFFERED A VISIT TO THE LIBRARY AND REFUSED IT. DAY SHIFT
ADVISED HE HAD BEEN TO THE REC ROOM EARLIER IN THE DAY.

NO FURTHER ACTION TAKEN

NICHOLAS WEIST TC9

---



# MERCER CO SHERIFF

906, SW 3RD ST
ALEDO IL 61231

## Jail Incident Report

---

## Incident ID: MC:13-000133

## Incident Type: MEDICATION REFUSAL
## Location: CELL  Occurred On: 05/09/2013

**Reported By:** NWEIST/TC9
**Incident Synopsis:**  INMATE JASPER REFUSED MEDICATION

---

**INMATE** Inmate Booking #: 2013-004938
**Name:** JASPER, LOREN W
**Details:**
**Sex:** M **Race:** W **Complexion:** FAIR **DOB:** ████ **Age:** 43 **Height:** 5'
9" **Weight:** 179 lbs **Build:** MEDIUM **Hair Color:** BROWN **Hair**
**Style:** SHORT **Facial Hair:** UNSHAVED **Eye Color:** BROWN



---

**OFFICER** NWEIST/TC9

---

**Entered: 05/09/2013 21:25 By: BDAMM/c-6**
REPORTING OFFICER: N. WEIST TC9
INMATE: L. JASPER

On May 9th at approximately 2015HRS I, Officer N. Weist, attempted to dispense prescribed medication to inmate
Jasper. At that time I asked inmate Jasper if he would like his medication. He then stated "No." I asked a second time
and stated it would be marked as a refusal if not taken. Inmate Jasper then adivsed "You can't give me medications, I
will only taken them from the nurse." I then marked his sheet as a refusal and continued on my medication rounds.

It should be noted that on 05/08/2013 inmate Jasper filed a grievance stating he was upset about medication
procedures.

END OF REPORT

N. WEIST TC9

---



# MERCER CO SHERIFF
906, SW 3RD ST
ALEDO IL 61231

## Jail Incident Report

---

Incident ID: <u>MC:13-000143</u>

---

## Incident Type: SHAKE DOWN
## Location: CELL   Occurred On: 05/20/2013
Reported By: JGILMOUR/C-11
Incident Synopsis:   SHAKE DOWN OF CELL 132

---

MENTIONED  <u>Inmate Booking #: 2013-005047</u>
**Name:** BECKER, DANIEL WILLIAM
**Details:** **Sex:** M **Race:** W **Complexion:** LIGHT   **DOB:** ███████ **Age:** 21 **Height:** 5'
11" **Weight:** 226 lbs **Build:** STOCKY **Hair Color:** RED **Hair Style:** MEDIUM **Facial Hair:** PARTIAL
BEARD **Eye Color:** BROWN

MENTIONED  <u>Inmate Booking #: 2013-005020</u>
**Name:** COOPER, CHARLES A
**Details:**
**Sex:** M **Race:** W **Ethnicity:** EUROPEAN **Complexion:** FAIR   **DOB:** ███████ **Age:** 45 **Height:** 5'
9" **Weight:** 170 lbs **Build:** MEDIUM **Hair Color:** BLACK **Hair Style:** LONG **Facial Hair:** FULL
BEARD **Eye Color:** BROWN

MENTIONED  <u>Inmate Booking #: 2013-004938</u>
**Name:** JASPER, LOREN W
**Details:** **Sex:** M **Race:** W **Complexion:** FAIR   **DOB:** ███████ **Age:** 43 **Height:** 5'
9" **Weight:** 179 lbs **Build:** MEDIUM **Hair Color:** BROWN **Hair Style:** SHORT **Facial
Hair:** UNSHAVED **Eye Color:** BROWN

---

**OFFICER** JGILMOUR/C-11
**OFFICER** NWEIST/TC9

---

**Entered: 05/20/2013 01:00  By: JGILMOUR/c-11**
On May 18th, 2013 at Approx. 22:20 Hrs. I corrections officer J. Gilmour along with Officer N. Weist performed a routine shake down of cell 132
where Inmates L. Jasper, D. Becker and C. Cooper are currently being housed.
Inmates Becker, Jasper and Cooper were taken to the library and searched, nothing was found on there person.
Officer Weist and myself then searched cell 132.

Items found
1 extra blanket

End of report
J. Gilmour C-11

---



# MERCER CO SHERIFF
906, SW 3RD ST
ALEDO IL 61231

## Jail Incident Report

---

Incident ID: <u>MC:13-000165</u>

---

**Incident Type:** SHAKE DOWN
  **Location:** CELL  **Occurred On:** 06/21/2013
Reported By: JGILMOUR/C-11

MENTIONED  Inmate Booking #: 2013-004938
Name: JASPER, LOREN W
**Details: Sex:** M **Race:** W **Complexion:** FAIR  **DOB:** ██████  **Age:** 43 **Height:** 5'
9" **Weight:** 179 lbs **Build:** MEDIUM **Hair Color:** BROWN **Hair Style:** SHORT **Facial Hair:** UNSHAVED **Eye Color:** BROWN

MENTIONED  Inmate Booking #: 2013-005304
Name: ESTABROOK, DEREK E
**Details:**
**Sex:** M **Race:** W **Ethnicity:** EUROPEAN **Complexion:** FAIR  **DOB:** ██████  **Age:** 25 **Height:** 5'
3" **Weight:** 135 lbs **Build:** SLIGHT **Hair Color:** BROWN **Hair Style:** SHORT **Facial Hair:** GOATEE **Eye Color:** HAZEL

---

**OFFICER** JGILMOUR/C-11
**OFFICER** NWEIST/TC9

---

**Entered: 06/21/2013 03:38  By: BDAMM/c-6**
On June 19th 2013 at Approx. 22:30 Hrs. I corrections officer J. Gilmour along with Officer N. Weist performed a routine shake down of cell 128 where Inmates L. Jasper and E. Estabrooke are currently being housed.
Both Inmates where searched and placed in the rec. room. Nothing was found on there person. Cell 128 was then searched and no contraband was found.
End of report
J. Gilmour C-11



# MERCER CO SHERIFF

906, SW 3RD ST
ALEDO IL 61231

## Jail Incident Report

---

Incident ID: <u>MC:13-000169</u>

---

# Incident Type: THREATS
## Location: MERCER CO JAIL   Occurred On: 06/26/2013
Reported By: DTERRILL/ME4
Incident Synopsis:   INMATE JASPER STATED TO ANOTHER INMATE THAT HE WOULD KILL HIMSELF OR
CAUSE POLICE TO KILL HIM IF HE IS SENTENCED TO MORE THAN 25 YEARS FOR HIS CURRENT CASE

---

**INMATE**  <u>Inmate Booking #: 2013-004938</u>
Name:  JASPER, LOREN W
**Details:**
Sex: M Race: W Complexion: FAIR  DOB: ███████ Age: 43 Height: 5'
9" Weight: 179 lbs Build: MEDIUM Hair Color: BROWN Hair
Style: SHORT Facial Hair: UNSHAVED Eye Color: BROWN



---

**SUSPECT**
Name: JASPER, LOREN WILLIAM
**Address:** ████████████████
**Phones:** ██████
**Details:** Sex: M Race: W  DOB: ███████ Age: 43

---



# MERCER CO SHERIFF
906, SW 3RD ST
ALEDO IL 61231

## Jail Incident Report

---

## Incident ID: <u>MC:13-000212</u>

---

# Incident Type: FAILURE TO COMPLY
## Location: CELL 132  Occurred On: 08/26/2013
**Reported By:** NWEIST/C-13
**Incident Synopsis:** INMATE JASPER UNCOOPERATIVE AND DISORDERLY

---

**INMATE  Inmate Booking #: 2013-004938**
**Name:** JASPER, LOREN W
**Details:**
**Sex:** M **Race:** W **Complexion:** FAIR **DOB:** ▮▮▮▮ **Age:** 43 **Height:** 5'
9" **Weight:** 179 lbs **Build:** MEDIUM **Hair Color:** BROWN **Hair**
**Style:** SHORT **Facial Hair:** UNSHAVED **Eye Color:** BROWN
**Action Taken:** Moved to Special Area

---

**Entered: 08/26/2013 05:04 By: ADORTCH/c-12**
Inmate: L. Jasper
Inmate, Witness: C. Cooper
Inmate, Witness: M. Noe

Reporting Officer: N. Weist C-13
Officer: J. Gilmour C-11
Officer: J. Hartman C-5
Officer: T. Best TC-4
Deputy: D. Staley ME12

On August 25th at approximately 2350hrs I, Correctional Officer Weist, was involved in a disorderly conduct and belligerent with Inmate Loren Jasper. At this time I was performing rounds. During my pass towards 132 I noticed the TV switch was in the on position after lock back. I turned the TV off. After turning the TV off Inmate Jasper said "Fuck You I was watching that." At this point I asked Jasper if he would like the TV to be left off if it was going to cause issues. I continued to move the Inmates who were folding laundry from Rec Room to 128. After securing those inmates, Jasper continued using derogatory language towards me and then stated "You want to get tough with me?" I opened the cell window and asked Jasper if he was threatening me. He stated " No, what do you think getting tough with you is." I then closed the cell window and returned to master control.

I advised Officer Gilmour about the situation. Due to the implied threats and belligerent anger Jasper was displaying I advised Officer Gilmour I would like to have Jasper placed in 142 for segregation due to him not being able to be locked back. Officer Gilmour grabbed a Taser and we returned to cell 132. Inmate Jasper was informed to pack his stuff he was going to be moved. He stated " I ain't going no where and you can't make me." I continued toward Jasper at which point Officer Gilmour wanted to leave the cell until back up arrived. Deputy Staley was requested from the front and Officer Best was en route to the back to relive Officer Hartman.

When Deputy Staley arrived and the door to 132 was still secured Jasper stated he was packed and ready to go. Door 137 was opened and Jasper moved to 142 with no physical intervention necessary, but he was being verbally aggressive and displaying aggressive body language. After Jasper was inside the cell his belonging were moved into the common room of 142 and the inner cell was secured until he calmed down. After the door was secured he began to yell and curse at Deputy Staley and punched the inner cell wall twice. When all parties were out of the area Jasper

continued to kick and hit the door while screaming and swearing.

At approximately 0030hrs Officer Hartman and I returned to cell 142. Jasper stated he was calmed down, and that he was sorry for how everything occurred. I returned his belongings from the common room. He declined an ice pack for his hand.

Infractions:

Class 1:

19. Using abusive or disrespectful language towards Jail staff
24. Failure to comply with disciplinary procedures
25. Disobeying verbal order from Jail staff

Class 2:

21. Disorderly conduct

Discipline:

Inmate Jasper has on multiple occasions displayed this behavior, but it was not documented. I recommend leaving him in cell 142 for (2) days, which by its nature has no TV. I do not believe (3) would be necessary since he did appear to be sincere when he apologize for his actions.



# MERCER CO SHERIFF

906, SW 3RD ST
ALEDO IL 61231

## Jail Incident Report

---

## Incident ID: MC:13-000254

## Incident Type: REFUSED
##    Location: CELL  Occurred On: 10/24/2013
**Reported By:** JHARTMAN/C-5 **Supervisor:** JOLSON/C-1

---

**MENTIONED** <u>Inmate Booking #: 2013-004938</u>
**Name:** JASPER, LOREN W
**Details:**
**Sex:** M **Race:** W **Complexion:** FAIR **DOB:** ▉▉▉▉▉ **Age:** 43 **Height:** 5'
9" **Weight:** 179 lbs **Build:** MEDIUM **Hair Color:** BROWN **Hair**
**Style:** SHORT **Facial Hair:** UNSHAVED **Eye Color:** BROWN



---

**Entered: 10/24/2013 04:14 By: JOLSON/c-1**
I Correctional Officer Justin Hartman, along with Correctional Officer Dortch, on 10/24/2013 at approx. 1800 hrs both myself and officer Dorth were doing a cell check when we came up to cell 132 were inmate Jasper is housed, Inmate Jasper had a sign out for the Library we opened there cell door and had ask Jasper if he was ready , he refused to go, he stated that hes been waiting for 3 hours and didnt give a fuck what our excuses were, Officer Dortch and myself gave Jasper another chance to go, still refused so exited cell 132 and we did not offer this again for the remaining night.

Correctional Officer
Justin Hartman

---

*24,087*

IN THE CIRCUIT COURT OF THE FOURTEENTH JUDICIAL CIRCUIT
MERCER COUNTY, ILLINOIS

THE PEOPLE OF THE STATE OF ILLINOIS )
)
            vs.                      )       CASE NO.   2013 CF 64
)
LOREN W. JASPER,        Defendant.   )       **FILED**
DOB: ▮▮▮▮▮

FEB **21** 2014

### SENTENCING ORDER

JEFF BENSON, CIRCUIT CLERK
MERCER COUNTY, IL

   This cause having come before the Court with the People of the State of Illinois present
by Mercer County Assistant State's Attorney Meeghan N. Lee, and the defendant, LOREN W.
JASPER, in Court in person and with defendant's attorney, Andrew Larson, and the Court having
heard and considered all evidence and arguments presented, and the defendant having been found
guilty of the offense of AGGRAVATED CRIMINAL SEXUAL ABUSE, a Class 2 felony, in
Count I, AGGRAVATED CRIMINAL SEXUAL ABUSE, a Class 2 felony, in Count II of the
above amended/reduced entitled case, after being advised of the effect and consequences, and the
Court having received and reviewed a pre-sentence investigation, and the defendant having been
afforded the right to make a statement prior to the imposition of the sentence, and the Court
being further fully advised in the premises;

THE COURT FINDS:

A.  Imprisonment of the defendant is necessary for the protection of the public.
B.  A sentence of probation or conditional discharge would deprecate the seriousness of the
defendant's conduct and would be inconsistent with the ends of justice.

IT IS HEREBY ORDERED:

1.  An adjudication of guilt and judgement of conviction are entered against the defendant,
LOREN W. JASPER, for the offense of Aggravated Criminal Sexual Abuse as alleged in Count I
of the amended/reduced Information filed herein.

2.  An adjudication of guilt and judgement of conviction are entered against the defendant,
LOREN W. JASPER, for the offense of Aggravated Criminal Sexual Abuse as alleged in Count
II of the amended/reduced Information filed herein.

3.  The defendant shall be and is sentenced to confinement in the Illinois Department of
Corrections for a term of six (6) years **consecutive** with sentence imposed in Mercer County
Case No. 2013 CF 5, with day for day credit and credit for time served of five hundred eighty-
two (582) days in the Mercer County Jail.

4.   The defendant shall serve a term of four (4) years Mandatory Supervised Release upon release from the Department of Corrections.

5.   The defendant shall pay:
·   XX   Court costs only

6.   The defendant shall submit a DNA blood sample to the Illinois State Police if not already done.

DATE:_____2/2*/14_____          ENTER:_____
                                                        JUDGE

I, Jeff Benson, Clerk of the Circuit Court, do hereby certify that the above to be true and correct copy of the original.

Date _____

Jeff Benson, Clerk

**Mercer 39**

24,087

IN THE CIRCUIT COURT OF THE FOURTEENTH JUDICIAL CIRCUIT
MERCER COUNTY, ILLINOIS

| | | |
|---|---|---|
| THE PEOPLE OF THE STATE OF ILLINOIS | ) | |
| | ) | |
| vs | ) | CASE NO.  2013 CF 64 |
| | ) | 2013 CF 5 |
| LOREN W. JASPER,        Defendant. | ) | |
| DOB: ███ | | |

**FILED**

FEB 19 2014

JEFF BENSON, CIRCUIT CLERK
MERCER COUNTY, IL

### ORDER TO TRANSPORT

IT IS HEREBY ORDERED that the Mercer County Sheriff shall deliver LOREN W.

JASPER, DOB ███, from the Rock Island County Jail, 1317 3rd Ave., Rock Island, IL, to

the Mercer County Courthouse, 100 SE Third St., Aledo, IL on February 21, 2014, at 9:00 p.m.,

for a Sentencing.

IT IS FURTHER HEREBY ORDERED that after said Sentencing the Mercer County

Sheriff, shall return LOREN W. JASPER, to the Rock Island County Jail.

_____2/19/14_____
DATE

_____
JUDGE

I, Jeff Benson, Clerk of the Circuit Court, do
hereby certify that the above to be true and
correct copy of the original.

Date _____2-19-14_____

*Jeff Benson*
Jeff Benson, Clerk

JC CARTOR DEPUTY

**Mercer 40**

24,087 [1]



# Mercer County, IL

## Charge Sheet

---

## Booking ID: MC:2013-004938          Name: JASPER, LOREN W

---

**Charges:**

Time: 01/11/2013 15:14  **Offense: 720 ILCS 5.0/12-13-A-1 ~ CRIMINAL SEXUAL ASSAULT**  **Warrant No.:** 13CF5  **Issued By:** MERCER COUNTY  **UCR:** 0259
  **Bond:** 10 PERCENT  $150000.00
 **Charge Remarks:**  CRIMINAL SEXUAL ASSULT COMPLAINT
Time: 01/23/2013 11:48  By Agency: OTHER
 **Offense: 720 ILCS 5.0/12-13-A-1 ~ CRIMINAL SEXUAL ASSAULT**  **Warrant No.:** 13CF78  **Issued By:** ROCK ISLAND COUNTY  **UCR:** 0259
  **Bond:** 10 PERCENT  $150000.00

---

Your are being released from custody for the above charges

_____
Prisoner

_____
Deputy

10/28/2013 9:25:09 AM



# Mercer County, IL
### MERCER CO SHERIFF
## Property Receipt

---

Booking ID: MC:2013-004938,
MNI=69574
Date: 10/28/2013 09:25:21

Name: JASPER,
LOREN W

---

**Property:**

|  |  |  |  |
|---|---|---|---|
| CLOTHING | BLACK WALLET, TENNIS SHOES WHITE T- SHIRT ,JEANS,BL | PROPERTY ROOM | BALL CAP |

I acknowledge receipt of the above property. (Cash will be reimbursed by check)

_____
Prisoner

_____
Deputy

**(All fields marked in BOLD are mandatory)** **ARREST CARD**

| | | | Transaction Control Number |
|---|---|---|---|

Document Control Number | Ref. DCN | Arresting Agency ORI - NCIC
L36832713 | | IL 0 6 6 0 0 0 0

LS10237L36832713

Subjects Last Name | First Name | Middle Name/Suffix
JASPER | LOREN | W

Date of Birth | Place of Birth | State Identification Number | Chicago IR | FBI #
████████ | IA | IL 2 8 3 0 9 6 7 0 | | 229050JA5

Sex | Race | Height | Weight | Hair | Eye | Skin
M | W | 5 0 9 | 1 7 9 | BRO | BRO | FAR

Social Security Number | Drivers License Number | DL State | IDOC # | FOID #
████████ | ████████ | IL | |

Basis For Caution:

Alias Last Name | First Name | Middle Name/Suffix | Alias Date of Birth | MISC #

Scars, Marks, Tattoos | Occupation | Employer
TAT L ARM | | SELF EMPLOYED

Employer Address | ████ dence of Person Fingerprinted ████████ , IL 61

Agency Case Number (unique) | Indictment Case Number | Date of Arrest | Arresting Officer Badge # | Cty of Prosecution
4938 | 13000195 | 01 11 2013 | ME2 |

Juvenile By Court Order | (Yes) | Juvenile Handling within Department | (Yes) | Juvenile Referred to Other Authority | (Yes)

Release without Charging | (Yes) | Bond Date | Bond Receipt Number | Bond Amount | Cash Bond Deposit

No Bond | Driv. Lic. | Cash | DUI | Recognizance | Cash 10% | Other

Date Fingerprinted: 01/11/2013 | Post Sentence Fingerprints | (Yes)

| COUNT | STATUTE CITATION/AOIC CODE | C S A O D | C L A S S | Offense Description | County Issuing Warrant | Warrant/Court Case Number | State Use Only |
|---|---|---|---|---|---|---|---|
| 001 | 720 ILCS 5.0/12-13-A-1 | O | Z | CRIMINAL SEXUAL AS | 13CF5 | | |
| 001 | | | | | | | |
| 001 | Date of Offense 01/11/2013 | | | Domestic Violence (Please Check) Yes No | Arrest Type (See Back) V | | |
| 002 | | | | | | | |
| 002 | | | | | | | |
| 002 | Date of Offense / / | | | Domestic Violence (Please Check) Yes No | Arrest Type (See Back) | | |
| 003 | | | | | | | |
| 003 | | | | | | | |
| 003 | Date of Offense / / | | | Domestic Violence (Please Check) Yes No | Arrest Type (See Back) | | |

IL493-0689 | COPY #1 ARRESTING AGENCY COPY | SP4-602 (7/98)

Mercer 43

(All fields marked in **BOLD** are mandatory)

# ARREST CARD

| **Document Control Number** | Ref. DCN | **Arresting Agency ORI - NCIC** | **Transaction Control Number** |
|---|---|---|---|
| L36832713 | | IL 0 6 6 0 0 0 0 | LS10237L36832713 |

| **Subjects Last Name** | **First Name** | **Middle Name/Suffix** |
|---|---|---|
| JASPER | LOREN | W |

| **Date of Birth** | **Place of Birth** | State Identification Number | Chicago IR | FBI # |
|---|---|---|---|---|
| ▬ | IA | IL 2 8 3 0 9 6 7 0 | | 229050JA5 |

| **Sex** | **Race** | **Height** | **Weight** | **Hair** | **Eye** | **Skin** |
|---|---|---|---|---|---|---|
| M | W | 5 09 | 1 7 9 | BRO | BRO | FAR |

| Social Security Number | Drivers License Number | DL State | IDOC # | FOID # |
|---|---|---|---|---|
| ▬ | ▬ | IL | | |

Basis For Caution:

| Alias Last Name | First Name | Middle Name/Suffix | Alias Date of Birth | MISC # |
|---|---|---|---|---|
| | | | / / | |

| Scars, Marks, Tattoos | Occupation | Employer |
|---|---|---|
| TAT L ARM | | SELF EMPLOYED |

| Employer Address | Residence of Person Fingerprinted | City | |
|---|---|---|---|
| | | ▬ | IL 61265 |

| **Agency Case Number (unique)** | Indictment Case Number | **Date of Arrest** | Arresting Officer Badge # | Cty of Prosecutio |
|---|---|---|---|---|
| 4938 | 13000195 | 01 11 2013 | ME2 | |

| Juvenile By Court Order | (Yes) | Juvenile Handling within Department | (Yes) | Juvenile Referred to Other Authority | (Yes) |
|---|---|---|---|---|---|

| Release without Charging | (Yes) | Bond Date | Bond Receipt Number | Bond Amount | Cash Bond Deposit |
|---|---|---|---|---|---|

| No Bond | | Driv. Lic. | | Cash | | DUI | | Recognizance | | Cash 10% | | Other | |

| Date Fingerprinted: | 01/11/2013 | Post Sentence Fingerprints | (Yes) |
|---|---|---|---|

| COUNT | STATUTE CITATION/AOIC CODE | C S A O D | C L A S S | Offense Description | County Issuing Warrant | Warrant/Court Case Number | State Use Only |
|---|---|---|---|---|---|---|---|
| 001 | 720 ILCS 5.0/12-13-A-1 | O | Z | CRIMINAL SEXUAL AS | | 13CF5 | |
| 001 | | | | | | | |
| 001 | Date of Offense 01/11/2013 | | | Domestic Violence (Please Check) Yes No | Arrest Type (See Back) V | | |
| 002 | | | | | | | |
| 002 | | | | | | | |
| 002 | Date of Offense / / | | | Domestic Violence (Please Check) Yes No | Arrest Type (See Back) | | |
| 003 | | | | | | | |
| 003 | | | | | | | |
| 003 | Date of Offense / / | | | Domestic Violence (Please Check) Yes No | Arrest Type (See Back) | | |

Page Number 1 of 1

**ARRESTED:**
**Name:**  JASPER, LOREN WILLIAM
**Address:** ███████████████ 61265
**Phones:** ███████████
**Details: Sex:** M **Race:** W  **DOB:** ███████████  **Age:** 43 **Height:** 5' 9" **Weight:** 179 lbs **Hair Color:** BROWN **Eye Color Left:** BROWN **Right:**
**TAT L ARM -  Location:** LARM **Description:** SKULL
**TAT R ARM -  Location:** RARM **Description:** YIN/YANG
**TAT U BACK -  Location:** BACK **Description:** POT LEAT
**TAT R ARM -  Location:** RARM **Description:** DRAGON
**TAT R ARM -  Location:** RARM **Description:** CROSS
**TAT U BACK -  Location:** BACK **Description:** MONKEY
**TAT CHEST -  Location:** CHEST **Description:** HEARTS
**Identifiers: DL:** ████████████ **ST:** IL **SSN:** ██████████ **Agency Number 1:** 24,087 **FBI Number:** 229050JA5 **State Number:** IL28309670 IL
 **Charge -** On: 01/11/2013 00:00   Charged By: ME4 - DTERRILL   Offense: WARRANT6 ~ WARRANT - MERCER COUNTY   Reference: 13CF5   UCR: 5081   Bond: $ 150000.00   Type: $ 10 PERCENT - 10% BOND
 **Charge Remarks:** MERCER CO WARRANT 13CF CRIMINAL SEXUAL ASSASULT:
**Employer: SELF EMPLOYED: TREE TRIMMER  Address:** ,
**Guardian: LINDA MCCONNELL**   **Address:** ,MOLINE, IL, 61265 **Phone:** 309-781-0165
**MOTHER -**

2013CF000005D 001
PEOPLE                          STATES ATTORNEY
VS.
JASPER, LOREN W                 PUBLIC DEFENDER DANIEL P DALTON

ENTERED   JDG CR TEXT                                              CHANGED USER

1/11/2013        information for violation of statute filed
                 testimony presented. PC found, warrant to issue, bond set at
                 $150,000.00 (10%) with special condition of no contact with C.W.  TCB
                 warrant issued
                 warrant given to Deputy Dale for service

1/14/2013 CMP REC 11:07 am:
                 Def appears in custody ProSe. State by ASA Lee, cause on for 1st Appr.
                 Def's rights and exposures explained. Def arraigned. Court appoints
                 PD Dalton, Court sets Prelim for: 01-22-13 at 11:40 am.
                 Bond remains as set.
                 Def remanded.
                 (SO) CMP
                 Preliminary hrg set for  1/22/2013 at 11:40.
1/14/2013        1/2 sheet filed
                 docket faxed to mercer county sheriff
                 docket & information faxed to Atty Dalton

**Mercer 46**

```
2013CF000064D 001
PEOPLE                              STATES ATTORNEY
VS.
JASPER, LOREN W                     LARSON, ANDREW M
```

| ENTERED | JDG CR | TEXT | CHANGED USER |
|---------|--------|------|--------------|

7/11/2013    information for violation of statute filed

8/01/2013    Notice to Appear filed for Preliminary Hearing
Preliminary hrg set for 8/12/2013 at 10:40.

8/05/2013 GGC REC 11:04 am:
Def appears in custody with Atty Andrew Larson, State by ASA Lee,
cause on specially advanced on schedule for Prelim, Def K & V waives
Prelim, Def is bound over by operation of law, Def K & V waives formal
arraignment and reading of the charges. Def PNG JD.
Atty Larson formally appointed conflict Atty.
Bond remains as set.
PTC set for: 08-19-13 at 10:10 am.
(SO) GGC
Jury pre-trial set for 8/19/2013 at 10:10.
8/05/2013    waiver of preliminary hearing filed

8/19/2013 TCB SH 10:15 am:
Def appears in custody with Atty Drew Larson, State by ASA Lee, cause
on for PTC, Defense moves to continue, no objection, granted, PTC is
continued to: 09-03-13 at 9:40 am.
Delay to Defense.
(SO) TCB
Jury pre-trial set for 9/03/2013 at 09:40.
8/19/2013    1/2 sheet filed

8/22/2013    disclosure to accused filed

9/03/2013 TCB CDT 10:24 am:
Def appears in custody with Atty Drew Larson, State by ASA Lee, cause
on for PTC, By agreement PTC set for: 09-10-13 at 9:00 am.
Defendant remanded.
(SO) TCB
Jury pre-trial set for 9/10/2013 at 09:00.

9/10/2013 PWC ML 9:10 am:
Def appears in custody with Atty Drew Larson, State by ASA Lee, cause
on for PTC, Def K & V waives Jury Trial.
Cause to be set for Bench Trial thru the court administrator.
Def is remanded.
(Note: Bench Trial on 13CF5 has been set)
(SO) PWC
9/10/2013    not guilty plea filed
docket faxed to mercer county sheriff

**Mercer 47**

2013CF0000050 001
PEOPLE                              STATES ATTORNEY
VS.
JASPER, LOREN W                     LARSON, ANDREW M

---

| ENTERED | JDG CR | TEXT | CHANGED USER |
|---------|--------|------|--------------|
| | | Delay to Defense. | |
| | | (SO) TCB | |
| | | Jury pre-trial set for  9/03/2013 at 09:40. | |
| 8/19/2013 | | 1/2 sheet filed | |
| 9/03/2013 | TCB CDT | 10:24 am: | |
| | | Def appears in custody with Atty Drew Larson, State by ASA Lee, cause | |
| | | on for PTC. By agreement PTC set for: 09-10-13 at 9:00 am. | |
| | | Defendant remanded. | |
| | | (SO) TCB | |
| | | Jury pre-trial set for  9/10/2013 at 09:00. | |
| 9/03/2013 | | 1/2 sheet filed | |
| 9/04/2013 | | amended information for violation of statute filed | |
| | | motion to allow evidence of other sex crimes filed | |
| | | motion to withdraw filed | |
| 9/10/2013 | PWC ML | 9:10 am: | |
| | | Def appears in custody with Atty Drew Larson, State by ASA Lee, cause | |
| | | on for PTC, Def K & V waives Jury Trial. | |
| | | Bench Trial set for 09-30-13 at 9:00 am | |
| | | Pre-Trial Motion Hearing set for: 09-24-13 at 9:30 am | |
| | | Def is remanded. | |
| | | (SO) PWC | |
| | | Pre-trial motions set for  9/24/2013 at 09:30. | |
| 9/10/2013 | | not guilty plea filed | |
| | | 1/2 sheet filed | |
| | | docket faxed to mercer county sheriff | |

**Mercer 48**



# MERCER CO SHERIFF
## Mercer County
## Booking Report

---

**Booking #: 2013-004938**
MNI: 69574

**Date: 01/11/2013 Time: 15:10**

---

### Name: JASPER, LOREN W
**Sex: M Race: W DOB:** ___ **Age: 43 POB: IOWA**
**Address:** ███████████
**Additional Info:** A
**Phones:** ███████
**Details: Height:** 5' 9" **Weight:** 179 lbs **Build:** MEDIUM **Hair Color:** BROWN **Hair Style:** SHORT **Facial Hair:** UNSHAVED **Eye Color:** BROWN **Complexion:** FAIR **Glasses/Contacts:** Y
**Identifiers: DL:** ___ **ST:** IL **SSN:** ___ **FBI:** 229050JA5 **SID:** IL28309670 IL **FBI Number:** 229050JA5
**Arrested By:** ME2 JDALE ME4 DTERRILL
**Booked By:** C-4 LSTARCEVICH **Jail Agency:** MERCER **Inmate Type:** COUNTY
**Searched By:** C-4 LSTARCEVICH **At:** MERCER COOUNTY JAIL **Time:** 01/11/2013 15:13
**Detained At:** RICO JAIL **Time:** 01/11/2013 15:13
**Case #:** 13-000195
**Released By:** c-6 BDAMM **Time:** 10/28/2013 09:24 **Disp.:** OTHER **Released To:** ROCK ISLAND COUNTY

---

### Charges:
**Time:** 01/11/2013 15:14 **Offense:** **720 ILCS 5.0/12-13-A-1 ~ CRIMINAL SEXUAL ASSAULT** Warrant
**No.:** 13CF5 **Issued By:** MERCER COUNTY **UCR:** 0259
  **Bond:** 10 PERCENT $150000.00
  **Charge Remarks:** CRIMINAL SEXUAL ASSULT COMPLAINT
**Time:** 01/23/2013 11:48 **By Agency:** OTHER
  **Offense:** **720 ILCS 5.0/12-13-A-1 ~ CRIMINAL SEXUAL ASSAULT** Warrant No.: 13CF78 Issued By: ROCK ISLAND COUNTY **UCR:** 0259
  **Bond:** 10 PERCENT $150000.00

---

### Photos:



**Type:** FACE - FRONT          **Type:** FACE - RIGHT
**Entered By:** JVC BOOKING      **Entered By:** JVC BOOKING
**Time:** 01/11/2013 15:41       **Time:** 01/11/2013 15:41

  

**Type:** LIMB                  **Type:** LIMB                  **Type:** LIMB
**Entered By:** JVC BOOKING     **Entered By:** JVC BOOKING     **Entered By:** JVC BOOKING
**Time:** 01/11/2013 15:41      **Time:** 01/11/2013 15:42      **Time:** 01/11/2013 15:42

  

**Type:** LIMB                  **Type:** FULL BODY             **Type:** FULL BODY
**Entered By:** JVC BOOKING     **Entered By:** JVC BOOKING     **Entered By:** JVC BOOKING
**Time:** 01/11/2013 15:42      **Time:** 01/11/2013 15:42      **Time:** 01/11/2013 15:43



**Type:** OTHER
**Entered By:** JVC BOOKING
**Time:** 01/11/2013 15:43

---

## Scars Marks:

 

**Type:** TAT L ARM              **Type:** TAT R ARM
**Type:** TAT                    **Type:** TAT
**Location:** ARM               **Location:** ARM
**Description:** SKULL          **Description:** DRAGON
**Entered By:** C-7 JDESCHEPPER  **Entered By:** C-7 JDESCHEPPER
**Time:** 01/11/2013 15:32      **Time:** 01/11/2013 15:32

  

**Type:** TAT R ARM              **Type:** TAT R ARM              **Type:** TAT CHEST

Type: TAT
Location: ARM
Description: YING YANG
Entered By: C-7 JDESCHEPPER
Time: 01/11/2013 15:33

Type: TAT
Location: ARM
Description: CROSS
Entered By: C-7 JDESCHEPPER
Time: 01/11/2013 15:34

Type: TAT
Location: CHEST
Description: HEARTS
Entered By: C-7 JDESCHEPPER
Time: 01/11/2013 15:34

Type: TAT U BACK
Type: TAT
Location: BACK
Description: POT LEAF
Entered By: C-7 JDESCHEPPER
Time: 01/11/2013 15:35

Type: TAT U BACK
Type: TAT
Location: BACK
Description: MONKEY
Entered By: C-7 JDESCHEPPER
Time: 01/11/2013 15:36

## Notes:
BOOKING # 24087 INCIDENT #13-195 10-95 @ 13:30
BAG 17

## Next Of Kin:
MOTHER  MCCONNELL, LINDA
Address: MOLINE, IL, 61265
Phones: ███████████
Details:

## Employer:
SELF EMPLOYED
Remarks: TREE TRIMMER

## Questions and Answers:

| | | |
|---|---|---|
| HAS THE PRISONER SERVED IN THE MILITARY? WHAT BRANCH? | N | |
| HAS THE PRISONER A HISTORY OF DRUG ADDICTION? | N | |
| HAS THE PRISONER A HISTORY OF ALCOHOLISM? | N | |
| HAS THE PRISONER A HISTORY OF DIABETES? | N | |
| HAS THE PRISONER A HISTORY OF EPILEPSY? | N | |
| HAS THE PRISONER A HISTORY OF HEART TROUBLE? | N | |
| HAS THE PRISONER A HISTORY OF CONVULSIONS? | N | |
| HAS THE PRISONER A HISTORY OF A TRANSMITTABLE DISEASE? | N | |
| HAS THE PRISONER A HISTORY OF ATTEMPTED SUICIDE? | N | |
| HAS THE PRISONER A HISTORY OF ASTHMA OR HAY FEVER? | N | |
| HAS THE PRISONER A HISTORY OF WITHDRAWAL? | N | |
| DOES THE PRISIONED HAVE A PUBLIC AID MEDICAL CARD? | N | |
| HAS THE PRISONER A HISTORY OF TUBERCULOSIS? | N | |
| HAS THE PRISONER A HISTORY OF HIGH/LOW BLOOD PRESSURE? | N | |
| DOES THE PRISONER HAVE ANY FOOD/MEDICATION ALERGY? TO WHAT? | Y | PENNICILLON |
| DOES THE PRISONER HAVE ANY SPECIAL DIETARY NEEDS? | N | |
| DOES THE PRISONER CLAIMTO BE UNDER A PHYSICIAN'S CARE? PHYSICIAN AND PHONE NUMBER? | N | |
| DOES THE PRISONER HAVE ANY MEDICATIONS WITH HIM/HER TAHT ARE NECESSARY TO MAINTAIN HEALTH? COMPLETE MEDICATIONS SECTION | Y | BUSPAR , TRAMADOL 50MG , |
| IS THE PRISONER PREGNANT? IF YES, # OF MONTHS | N | |
| IS THE PRISONER ON PAROLE? PAROLE AGENT'S NAME AND DOC# | N | |

| DOES THE PRISONER HAVE A RELIGIOUS PREFERENCE? | N |
| --- | --- |
| | N |

## Property:

| CLOTHING | BLACK WALLET, TENNIS SHOES WHITE T-SHIRT ,JEANS,BL | PROPERTY ROOM BALL CAP |
| --- | --- | --- |



# MERCER CO SHERIFF
## Mercer County
## Booking Report

---

**Booking #: 2013-004938**
MNI: 69574

**Date: 01/11/2013 Time: 15:10**

---

**Name:  JASPER, LOREN W**
Sex: M Race: W  DOB: ███████  Age: 43 POB: IOWA
Address: ████████████████████
Additional Info: A
Phones: ████████████
Details: Height: 5' 9" Weight: 179 lbs Build: MEDIUM Hair Color: BROWN Hair Style: SHORT Facial Hair: UNSHAVED Eye
Color: BROWN Complexion: FAIR Glasses/Contacts: Y
Identifiers: DL: ████████  ST: IL SSN: ████████ FBI: 229050JA5 SID:  IL28309670 IL FBI Number: 229050JA5
Arrested By:  ME2 JDALE  ME4 DTERRILL
Booked By: C-4 LSTARCEVICH  Jail Agency: MERCER  Inmate Type: COUNTY
Searched By: C-4 LSTARCEVICH  At: MERCER COOUNTY JAIL  Time: 01/11/2013 15:13
Detained  At: RICO JAIL  Time: 01/11/2013 15:13
Case #: 13-000195

---

## Charges:

Time: 01/11/2013 15:14  Offense: **720 ILCS 5.0/12-13-A-1 ~ CRIMINAL SEXUAL ASSAULT**  Warrant
No.: 13CF5  Issued By: MERCER COUNTY  UCR:  0259
 Bond: 10 PERCENT  $150000.00
 Charge Remarks:  CRIMINAL SEXUAL ASSULT COMPLAINT

---

## Photos:



Type:  FACE - FRONT
Entered By: JVC BOOKING
Time: 01/11/2013 15:41

Type:  FACE - RIGHT
Entered By: JVC BOOKING
Time: 01/11/2013 15:41

    

Type: LIMB
Entered By: JVC BOOKING
Time: 01/11/2013 15:41

Type: LIMB
Entered By: JVC BOOKING
Time: 01/11/2013 15:42

Type: LIMB
Entered By: JVC BOOKING
Time: 01/11/2013 15:42

  

**Type:** LIMB
**Entered By:** JVC BOOKING
**Time:** 01/11/2013 15:42

**Type:** FULL BODY
**Entered By:** JVC BOOKING
**Time:** 01/11/2013 15:42

**Type:** FULL BODY
**Entered By:** JVC BOOKING
**Time:** 01/11/2013 15:43



**Type:** OTHER
**Entered By:** JVC BOOKING
**Time:** 01/11/2013 15:43

---

## Scars Marks:





**Type:** TAT L ARM
**Type:** TAT
**Location:** ARM
**Description:** SKULL
**Entered By:** C-7 JDESCHEPPER
**Time:** 01/11/2013 15:32

**Type:** TAT R ARM
**Type:** TAT
**Location:** ARM
**Description:** DRAGON
**Entered By:** C-7 JDESCHEPPER
**Time:** 01/11/2013 15:32



**Type:** TAT R ARM
**Type:** TAT
**Location:** ARM
**Description:** YING YANG
**Entered By:** C-7 JDESCHEPPER
**Time:** 01/11/2013 15:33

**Type:** TAT R ARM
**Type:** TAT
**Location:** ARM
**Description:** CROSS
**Entered By:** C-7 JDESCHEPPER
**Time:** 01/11/2013 15:34

**Type:** TAT CHEST
**Type:** TAT
**Location:** CHEST
**Description:** HEARTS
**Entered By:** C-7 JDESCHEPPER
**Time:** 01/11/2013 15:34



**Type:** TAT U BACK
**Type:** TAT
**Location:** BACK
**Description:** POT LEAF

**Type:** TAT U BACK
**Type:** TAT
**Location:** BACK
**Description:** MONKEY

Entered By:  C-7 JDESCHEPPER          Entered By:  C-7 JDESCHEPPER
Time: 01/11/2013 15:35                Time: 01/11/2013 15:36

## Notes:
BOOKING # 24087 INCIDENT #13-195 10-95 @ 13:30

## Next Of Kin:
MOTHER  MCCONNELL, LINDA
Address:  MOLINE, IL, 61265
Phones:  ███████████
Details:

## Employer:
SELF EMPLOYED
Remarks:  TREE TRIMMER

## Questions and Answers:

| Question | Answer | |
|---|---|---|
| HAS THE PRISONER SERVED IN THE MILITARY? WHAT BRANCH? | N | |
| HAS THE PRISONER A HISTORY OF DRUG ADDICTION? | N | |
| HAS THE PRISONER A HISTORY OF ALCOHOLISM? | N | |
| HAS THE PRISONER A HISTORY OF DIABETES? | N | |
| HAS THE PRISONER A HISTORY OF EPILEPSY? | N | |
| HAS THE PRISONER A HISTORY OF HEART TROUBLE? | N | |
| HAS THE PRISONER A HISTORY OF CONVULSIONS? | N | |
| HAS THE PRISONER A HISTORY OF A TRANSMITTABLE DISEASE? | N | |
| HAS THE PRISONER A HISTORY OF ATTEMPTED SUICIDE? | N | |
| HAS THE PRISONER A HISTORY OF ASTHMA OR HAY FEVER? | N | |
| HAS THE PRISONER A HISTORY OF WITHDRAWAL? | N | |
| DOES THE PRISIONED HAVE A PUBLIC AID MEDICAL CARD? | N | |
| HAS THE PRISONER A HISTORY OF TUBERCULOSIS? | N | |
| HAS THE PRISONER A HISTORY OF HIGH/LOW BLOOD PRESSURE? | N | |
| DOES THE PRISONER HAVE ANY FOOD/MEDICATION ALERGY? TO WHAT? | Y | PENNICILLON |
| DOES THE PRISONER HAVE ANY SPECIAL DIETARY NEEDS? | N | |
| DOES THE PRISONER CLAIMTO BE UNDER A PHYSICIAN'S CARE? PHYSICIAN AND PHONE NUMBER? | N | |
| DOES THE PRISONER HAVE ANY MEDICATIONS WITH HIM/HER TAHT ARE NECESSARY TO MAINTAIN HEALTH? COMPLETE MEDICATIONS SECTION | Y | BUSPAR , TRAMADOL 50MG , |
| IS THE PRISONER PREGNANT? IF YES, # OF MONTHS | N | |
| IS THE PRISONER ON PAROLE? PAROLE AGENT'S NAME AND DOC# | N | |
| DOES THE PRISONER HAVE A RELIGIOUS PREFERENCE? | N | |
| | N | |

## Property:
| | | |
|---|---|---|
| CLOTHING | BLACK WALLET, TENNIS SHOES WHITE T-SHIRT ,JEANS,BL | PROPERTY ROOM BALL CAP |

# Mercer County Jail
## Intake Acceptance Questionnaire

Arrestee Name: _Loren Jasper_   Date: _1·11·13_   Time: _3:04 AM_

**1. Does the arrestee have any known medical problems or require any prescription medications? (i.e. back, heart, stroke etc)** _No._

**2. Does the arrestee have any visible injuries or has asked to seek professional medical assistance? (i.e. bleeding, abrasions, bandages etc.) explain** _No_

**3. Does the arrestee have any observable mental health problems? (i.e. talk to themselves etc.)** _No_

**4. Has the arrestee shown any signs or stated that he/she is suicidal?** _No_

**5. Has the arrestee shown any behaviors, past or present including escape potential or violence?** _No_

**6. Does the arrestee have any known co defendants (seperatees) that the officer is aware of?** _Walsh Family_

**7. Does the transporting officer have any other information which we need to know concerning this arrestee?** _No_

**8. Was use of force required on this Arrestee? (i.e. O.C. Spray, Tazered, etc.)** _No_

**9. List Charges Here** _Warrant    13CF5    Crim. Sex Assault_

Intake Officer Signature: _____

Arresting Officer's Name (printed): _Dusty Terry_

Arresting Officer's Signature: _Dusty_

White copy-Detainee File        Yellow Copy-Classification        Pink-Arresting Officer

Kellogg Printing Co. – 137398 — 1000 - 2-12

Mercer 56

24,087

IN THE CIRCUIT COURT OF THE FOURTEENTH JUDICIAL CIRCUIT
ROCK ISLAND COUNTY, ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS )
                                 )
            Vs.                  )     No. 13 CF 85
____Loren  Ja Sper_____     )     Mercer County Case
                     Defendant   )

### ORDER

IT IS HEREBY ORDERED That The Mercer County Sheriff shall Transport The Defendant from The Rock Island County Jail To The Mercer County Jail for an appointment with the Mercer County Probation officer at noon on November 6, 2013. The Mercer County Sheriff shall Transport The Defendant back to The Rock Island County Jail after the completion of That appointment.

___11-5-13___
Date

___J. Michael Meersman___
JUDGE

RICO Form 21

**Mercer 57**

IN THE CIRCUIT COURT OF THE FOURTEENTH JUDICIAL CIRCUIT
MERCER COUNTY, ILLINOIS

| | | |
|---|---|---|
| THE PEOPLE OF THE STATE OF ILLINOIS | ) | |
| | ) | |
| vs. | ) | CASE NO. 2013 CF 64 |
| | ) | |
| LOREN W. JASPER,     Defendant. | ) | |
| DOB: ███ | | |

### NOTICE TO APPEAR

TO:  Loren W. Jasper. Mercer County Jail, 906 SW 3rd St., Aledo, IL 61231
   Andrew Larson, Attorney at Law, 3610 - 25th St., Ste., 2, Moline,  IL 61265
   Det. Dusty Terrill, Mercer County Sheriff's Dept., 906 SW 3rd St., Aledo, IL 61231

   You are hereby notified that at 10:40 a.m. on the 12th day of August, 2013, or as soon thereafter as counsel may be heard, you are to appear before the Honorable Judge then presiding over the Circuit Court of Mercer County in the courtroom on the third floor of the Mercer County Courthouse in Aledo, Illinois, for the purpose of:

PRELIMINARY HEARING

Dated this 1ST day of August, 2013.

SIGNED:

*Greg McHugh*          PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause, by depositing copies thereof in the U.S. Mail with postage prepaid in sealed envelopes addressed as shown above on August  1, 2013.

Gregory J.  McHugh - State's Attorney
Mercer County Courthouse
Aledo, Illinois 61231

24,087

IN THE CIRCUIT COURT OF THE FOURTEENTH JUDICIAL CIRCUIT
MERCER COUNTY, ILLINOIS

| | | |
|---|---|---|
| THE PEOPLE OF THE STATE OF ILLINOIS | ) | |
| | ) | |
| vs. | ) | CASE NO. 2013 CF 5 |
| | ) | |
| LOREN W. JASPER,        Defendant. | ) | |
| DOB: ▆▆▆▆ | | |

**FILED**
FEB 21 2014
JEFF BENSON, CIRCUIT CLERK
MERCER COUNTY, IL

## SENTENCING ORDER

This cause having come before the Court with the People of the State of Illinois present by Mercer County Assistant State's Attorney Meeghan N. Lee, and the defendant, LOREN W. JASPER, in Court in person and with defendant's attorney, Andrew Larson, and the Court having heard and considered all evidence and arguments presented, and the defendant having been found guilty of the offense of CRIMINAL SEXUAL ASSAULT in Count I, a Class X felony, CRIMINAL SEXUAL ASSAULT, a Class 1 felony, in Count II and AGGRAVATED CRIMINAL SEXUAL ABUSE, a Class 2 felony, in Count V of the above amended/reduced entitled cause, after being advised of the effect and consequences, and the Court having received and reviewed a pre-sentence investigation, and the defendant having been afforded the right to make a statement prior to the imposition of the sentence, and the Court being further fully advised in the premises;

THE COURT FINDS:

A.  Imprisonment of the defendant is necessary for the protection of the public.
B.  A sentence of probation or conditional discharge would deprecate the seriousness of the defendant's conduct and would be inconsistent with the ends of justice.

IT IS HEREBY ORDERED:

1.  An adjudication of guilt and judgement of conviction are entered against the defendant, LOREN W. JASPER, for the offense of Criminal Sexual Assault, as alleged in Count I of the amended/reduced Information filed herein.

2.  An adjudication of guilt and judgement of conviction are entered against the defendant, LOREN W. JASPER, for the offense of Criminal Sexual Assault, as alleged in Count II of the amended/reduced Information filed herein.

3.  An adjudication of guilt and judgement of conviction are entered against the defendant, LOREN W. JASPER, for the offense of Aggravated Criminal Sexual Abuse, as alleged in Count V of the amended/reduced Information filed herein.

4.  The defendant shall be and is sentenced to confinement in the Illinois Department of Corrections for a term of twenty-eight (28) years **consecutive** to sentence imposed in Mercer County Case No. 2013 CF 64.

**Mercer 59**

5.  The defendant shall serve eighty-five percent  (85)% of  sentence imposed on the above entitled cause.

6.  The defendant shall serve a term of three (3) years to life Mandatory Supervised Release upon release from the Department of Corrections.

7.  The defendant shall pay:
    XX   Court costs only

8.  The defendant shall submit a DNA blood sample to the Illinois State Police if not already done.


DATE:___2/21/14___        ENTER:_____
                                    JUDGE


I, Jeff Benson, Clerk of the Circuit Court, do hereby certify that the above to be true and correct copy of the original.

Date___2-21-14___

Jeff Benson
Jeff Benson, Clerk

**Mercer 60**