IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| LOREN W. JASPER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Law No.: 4:13 CV 04068 |
| | ) |
| JOE OLSON; DR. DAN WILLIAMS, DR. ADEYEMI FATOKI, | ) |
| | ) |
| Defendants. | ) |

## DECLARATION OF JULIO SANTIAGO, M.D.

State of Illinois           )
                            )
County of _____ )

I, JULIO SANTIAGO, M.D declare under penalty of perjury that the following is true and correct and would testify to the same if called to upon to do so:

1.   I am a physician licensed to practice medicine in the State of Illinois and have been so licensed at all times pertinent to the above-captioned matter.

2.   I was Plaintiff Loren Jasper's primary care physician.

3.   The last time that I prescribed Tramadol for Mr. Jasper was on 12/21/12 and it was for back pain.

4.   I did not prescribe Tramadol for any dental condition on the part of Mr. Jasper.

5.   I did not see, or provide treatment for, Mr. Jasper during his incarceration at the Mercer County Jail (1/11/13 to 10/28/13), nor do I have any opinions concerning his condition or care provided to him during that time period or thereafter.

6.  The records included within Exhibit A are records kept in the ordinary course of my medical practice and are true and correct copies thereof. The records are of the type reasonably relied upon by physicians in formulating medical opinions.

I declare under penalty of perjury that the foregoing is true and correct.

*[signature]*
JULIO SANTIAGO, M.D

SUBSCRIBED and SWORN to before me

this 22nd day of September, 2014.

_____
Notary Public

OFFICIAL SEAL
JEAN M. KIDDOO
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 5-12-2015